21-467



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 04 2021

FILED
DOCKETED

Hector Alejandro Salcido Jorqueras
3042 E Kaibab Vista
Tucson, AZ 85713

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HECTOR ALEJANDRO SALCIDO JORQUERAS, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General, <br><br> Respondent. | No. 21-467 <br><br> Agency No. A206-457-928 <br><br> ORDER |

The motion (Docket Entry No. 27) to reopen this administratively closed petition for review is granted. This case will proceed.

Petitioner may file an optional supplemental letter brief of no more than ten pages. Any supplemental opening brief is due May 6, 2026. If petitioner does not file an optional supplemental brief, the case will proceed on the original opening brief.

The answering brief is due July 6, 2026. The optional reply is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

SAN FRANCISCO CA 940

**LEGAL MAIL**

7 APR 2026 PM

quadient

FIRST-CLASS MAIL
IMI
**$000.74** ⁰
04/07/2026 ZIP 94103
043M31241397

US POSTAGE

# SPECIAL MAIL

**OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE**

Hector Alejandro Salcido Jorqueras
3042 E Kaibab Vista
Tucson, AZ 85713

FILED
DOCKETED



NIXIE        PE 1        0004/29/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

UTFK1: 9333120511    85713-401442    ANK
94119>3939

BC:  94119393939    *1440-00963-07-43